IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER VILLANUEVA,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>  Defendants. | No. C 11-00402 SI<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

Pro se plaintiff Javier Villanueva filed the complaint in this case on January 27, 2011. In March, 2011, he was notified that he was responsible for having the summons and complaint served on defendants, *see* Fed. R. Civ. P. 4, and that the court may dismiss a complaint that has not been served within 120 days of being filed, which in this case was May 27, 2011. On May 11, 2011, plaintiff appeared at a case management conference and his time to serve defendants was extended to June 27, 2011.

As of this date, no proof of service has been filed, nor has plaintiff further contacted the court concerning service. **Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing, filed no later than July 15, 2011**, why this action should not be dismissed without prejudice for failure to effect service of process as ordered by the court.

**IT IS SO ORDERED.**

Dated: July 11, 2011

SUSAN ILLSTON
United States District Judge