IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER VILLANUEVA,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>    Defendants.<br>_____/ | No. C 11-00402 SI<br><br>**DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

Pro se plaintiff Javier Villanueva's time to serve defendants with service of process expired, after extension, on June 27, 2011. Plaintiff has not served defendants, although he did appear at the Case Management Conference on Friday, July 15, 2011.

As plaintiff was informed at the Case Management Conference, this action is being dismissed without prejudice for failure to effect service of process as ordered by the court.

**IT IS SO ORDERED.**

Dated: July 19, 2011

                                                SUSAN ILLSTON
                                                United States District Judge