IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER VILLANUEVA, | No. C 11-00402 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A., et al. | |
| Defendants. | |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 19, 2011

SUSAN ILLSTON
United States District Judge